**FILED**

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0065

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0065

_____

ANIMALS OF MONTANA, INC., TROY HYDE,
Permit Holder,

      Petitioner and Appellant,

   v.                          O R D E R

STATE OF MONTANA, DEPARTMENT
OF FISH, WILDLIFE, AND PARKS,

      Respondent and Appellee.

_____

Upon consideration of Appellant's Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until January 21, 2021, within which to file and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020